CAVERLY v. STOVALL.

HOLDEN, J.   1.   In order for the owner of a tract of land to have the lines around the same surveyed and marked anew by processioners under Civil Code, § 3244 et seq., he must make application in writing to the processioners of the district in which a portion or all of the land is situated. *Ballard* v. *Haines,* 115 *Ga.* 847 (42 S. E. 218).

2. It is proper that one application be addressed to all three processioners; but the proceedings will not be unlawful if the applicant addresses a separate application to each of the processioners.

3. It is sufficient if such applications are sent to the processioners and received by them through the U. S. mails.

4. Where the processioners in their return, which, with the plat of the surveyor, was filed with the ordinary, recited that they were "applied to by S. C. Stovall [the applicant] to trace and mark anew the lines around a certain tract of land," etc., the presumption is that a proper application in writing was made to them by the applicant before they acted in the premises; and in the absence of proof that no such application was thus made, a motion by the protestant to dismiss the proceedings should be denied.

5. It is proper that the processioners file the application to them, together with their report and the plat of the surveyor, with the ordinary; but a failure to thus file such application will not afford a good ground upon which to dismiss the proceedings.

6. The plat was not inadmissible in evidence on the ground that the survey of the tract of land, containing less than 200 acres, was laid down by a scale of 200 feet to the inch, instead of a scale of 10 chains to the inch as required by rule 56 of the superior court; as such rules do not apply to surveys made by the county surveyor acting with processioners under an application of the owner of land to the processioners to have the lines around the same surveyed and marked anew.

*Judgment affirmed.    All the Justices concur.*

JUNE 24, 1910.

Processioning.    Before Judge Roan.    DeKalb superior court. September 12, 1908.

*C. W. Smith* and *Hines & Jordan,* for plaintiff in error.

*Kontz & Austin,* contra.